USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BASICNET S.p.A., BASIC TRADEMARK S.r.l.
and BASIC PROPERTIES AMERICA INC.,

           Plaintiffs,

-against-

GRANITE ROOTS LLC and ZG HOLDINGS LLC,

           Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

21-CV-4242 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 21). A telephone conference will be held on **Monday, July 26, 2021 at 2:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: July 2, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge